# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CENTURY SURETY COMPANY,** *Plaintiff,* | § § § § § § § § § | |
| v. | | MO:24-CV-00074-DC |
| **RTI SERVICES, LLC, AURELIA SILVA, and RILEY J. EDMUNDSON,** *Defendants.* | | |

## ORDER OF FINAL JUDGMENT

On February 24, 2025, the Court adopted United States Magistrate Judge Ronald C. Griffin's report and recommendation[1] concerning Defendant RTI Services, LLC's Motion to Dismiss.[2] The Court's Order dismissed without prejudice Plaintiff's original petition.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 24th day of February, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 19.
[2] Doc. 10.